UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARSHA SINGLETON,

        Plaintiff,

v.

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

        Defendant.

_____/

Case No. 2:20-cv-12898

HONORABLE STEPHEN J. MURPHY, III

# STIPULATED ORDER DISMISSING CASE
# WITH PREJUDICE AND WITHOUT COSTS

The parties hereto, through their respective counsel, hereby stipulate and agree that this matter be dismissed with prejudice and without costs.

**SO ORDERED.**

        s/ Stephen J. Murphy, III
        STEPHEN J. MURPHY, III
        United States District Judge

Dated: March 29, 2021

Respectfully submitted,

| /s/*Donald W. Busta, Jr.* | /s/D. *Peter Valiotis* (w/permission) |
|---|---|
| **Donald W. Busta, Jr.** | **D. Peter Valiotis** |
| Attorney for Plaintiff | Attorney for Defendant |
| **Dated: March 29, 2021** | **Dated: March 29, 2021** |